UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| EARL ROBINSON CRUMB, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 15-12 |
| ) | |
| v. ) | |
| ) | ORDER |
| ) | |
| FOREST STATE PRISON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation [80].

(2) Defendants' Motion to Dismiss [77] is **GRANTED**.

(3) This case is **DISMISSED** due to Plaintiff's failure to prosecute.

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 30th day of October, 2017.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE